UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUAVECITA BERNAL, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GRAHAM PACKAGING PET TECHNOLOGIES INC., a Delaware corporation; GRAHAM PACKAGING COMPANY, L.P., a Delaware limited partnership; GRAHAM PACKAGING COMPANY, INC., a Delaware corporation; GEC PACKAGING TECHNOLOGIES LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:20-cv-01045-AWI-EPG<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING; ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendants Graham Packaging PET Technologies, Inc.; Graham Packaging Company, L.P; Graham Packaging Company, Inc.; and GEC Packaging Technologies LLC ("Defendants")  may have additional time within which to answer or otherwise respond to Plaintiff, Suavecita Bernal's, Complaint.  Defendants' time to file any required responsive pleading in the above-captioned action is extended to the later of either (i) September 1, 2020 (twenty eight (28) days

from the current deadline of August 4) or (ii) fourteen (14) days after this court issues a decision on a motion to remand, if such a motion is filed by Plaintiff.

Good cause exists for this extension as Defendants duly filed the Defendants' Answer to Plaintiff's Class Action Complaint ("Defendants' State Court Answer") in the Superior Court of the State of California for the County of Stanislaus ("State Court") before filing Defendants' Notice of Removal in this Court and in State Court.  However, Defendants' State Court Answer was rejected (before being refiled by Defendants) and it is currently unclear whether Defendants' State Court Answer will be deemed filed prior to removal.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (i) the content of this document is acceptable to all persons required to sign the document; (ii) Plaintiff's counsel has concurred with the filing of this document; and (iii) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

Dated:  August 3, 2020        BUCHANAN INGERSOLL & ROONEY LLP


By:  /s/ *Jason Murtagh*
      JASON MURTAGH
      Attorneys for Defendants

Dated:  August 3, 2020        CAPSTONE LAW, APC


By:  /s/ *Jonathan Lee*
      JONATHAN LEE
      Attorneys for Plaintiff
      SUAVECITA BERNAL

**ORDER**

Pursuant to the parties' stipulation (ECF No. 4), **IT IS HEREBY ORDERED** that Defendants' time to file a required responsive pleading in the above-captioned action is extended to the later of either (i) September 1, 2020 (twenty eight (28) days from the current deadline of August 4) or (ii) fourteen (14) days after this court issues a decision on a motion to remand, if such a motion is filed by Plaintiff.

IT IS SO ORDERED.

Dated:  **August 3, 2020**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE