UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUAVECITA BERNAL, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRAHAM PACKAGING PET TECHNOLOGIES INC., a Delaware corporation; GRAHAM PACKAGING COMPANY, L.P., a Delaware limited partnership; GRAHAM PACKAGING COMPANY, INC., a Delaware corporation; GEC PACKAGING TECHNOLOGIES LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:20-CV-01045-AWI-EPG<br><br>**ORDER RE: JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

**ORDER**

Having read and reviewed the Parties' Joint Stipulation for Leave to File First Amended Complaint (ECF No. 7) and **GOOD CAUSE APPEARING** therefore, the Court orders as follows:

1. The Court grants Plaintiff leave to file her proposed First Amended Complaint.
2. Defendants' deadline to file a responsive pleading to the First Amended Complaint is thirty (30) days from the date of the filing of the First Amended Complaint.

IT IS SO ORDERED.

Dated: __October 2, 2020__          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE